Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

MARCH 29, 2006
BRUCE RIPKIN, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR06 0107 JCC |
| Plaintiff, | INDICTMENT |
| v. | |
| CHRISTOPHER JAMAAL NEAL, | |
| Defendants. | 06-CR-00107-INDI |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

(Possession of Cocaine Base (Crack) with Intent to Distribute)

On or about February 24, 2006, at Seattle, within the Western District of Washington, and elsewhere, CHRISTOPHER JAMAAL NEAL knowingly and intentionally did possess with intent to distribute cocaine base (crack), a substance controlled under Schedule II, Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense involved five (5) grams or more of a mixture or substance containing a detectable amount of cocaine base (crack).

\\

\\

INDICTMENT/CHRISTOPHER JAMAAL NEAL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B),
2  and 846.

A TRUE BILL

DATED:

*Signature of Foreperson Redacted Pursuant to the Policy of Judicial Conference*

FOREPERSON

JOHN McKAY
United States Attorney

DOUGLAS B. WHALLEY
Assistant United States Attorney

JOHN J. LULEJIAN
Assistant United States Attorney

ADAM W. CORNELL
Special Assistant United States Attorney

INDICTMENT/CHRISTOPHER JAMAAL NEAL - 2