UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-107-JCC |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| CHRISTOPHER JAMAAL NEAL, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

Possession of Cocaine Base with Intent to Distribute

<u>Date of Detention Hearing</u>:   Initial Appearance April 7, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant has been indicted on the charge of possession of crack cocaine base with

intent to distribute.

(2) Defendant was not interviewed by Pretrial Services. Some background information was obtained from his probation officer.

(3) Defendant is currently in violation status with U.S. Probation for attempted bank fraud. According to his supervision officer, his adjustment to supervision has been poor.

(4) The defendant does not contest detention.

(5) Defendant poses a risk of nonappearance due to a history of failing to comply with court orders; the alleged offense occurred while he was on state and federal probation and some unconfirmed and unknown background information. He poses a risk of danger due to criminal history, admitted controlled substance use and the nature of the instant offense.

(6) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is

confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  7th  day of  April, 2006.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge