UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER J. NEAL,<br><br>Defendants. | CASE NO. CR06-107C<br><br>ORDER |

This matter comes before the Court on the joint motion of the United States of America and Defendant Christopher J. Neal to continue the trial date (Dkt. No. 20).

The current pretrial motions cut-off date was October 2, 2006, and the current trial date is October 30, 2006. Defendant Christopher J. Neal has joined in the requested continuance, and the Government agrees that a continuance is necessary to allow Defendants to complete discovery and prepare for trial. Accordingly, defendant Neal has waived speedy trial rights through March 31, 2007 (Dkt. No. 21).

Given the complex nature of this case, the Court finds that a denial of the requested extensions would unreasonably deny Defendants adequate preparation by their attorneys and would deny counsel reasonable time to prepare. Due to these factors, exclusion of additional time under 18 U.S.C. §

ORDER – 1

3161(h)(8)(B)(iv) is appropriate.

The proposed continuance of the trial does not appear to prejudice any party. The Court finds that failure to grant the requested continuance likely would result in a miscarriage of justice. The Court further finds that the interests of the public and the Defendants in a speedy trial are outweighed by the ends of justices, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

Accordingly, IT IS HEREBY ORDERED that the pre-trial motions cut-off date shall be extended until February 5, 2007, with a new trial date of March 5, 2007. Voir dire, Trial Briefs, and Jury Instructions shall be due by March 1, 2007. The time between the date of this order and the new trial date shall be excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

SO ORDERED this 18th day of October, 2006.

John C. Coughenour
United States District Judge

ORDER – 2