FILED _____ ENTERED
LODGED _____ RECEIVED

AO 442 (Rev. 11/11) Arrest Warrant

FEB 13 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| United States of America | ) |
|---|---|
| v. | ) |
| Christopher Neal | ) Case No. CR06-0107 JCC |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Christopher Neal,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Violation of Conditions of Supervision.

Date: 01/27/2014

_____
Issuing officer's signature

City and state: Seattle, Washington

T Farrell, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/27/2014, and the person was arrested on *(date)* 2/12/2014
at *(city and state)* SEATTLE, WA.

Date: 2/13/2014

_____
Arresting officer's signature

Brian Newton DUSM
*Printed name and title*